

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-18-00111-CR &
06-18-00112-CR

JESUS DE LA CRUZ HERRERA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court Nos. 27278 & 27560

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Our review of the clerk's records in our case numbers 06-18-00111-CR and 06-18-00112-CR indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). The clerk's records in each of these cases include a social security number. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's records contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's records in our cause numbers 06-18-00111-CR and 06-18-00112-CR.

IT IS SO ORDERED.

BY THE COURT

Date: March 19, 2019